Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Pantheon Capital Partners, LLC
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PANTHEON CAPITAL PARTNERS, LLC,                    No. 08 Cv 4952 (DC)

                        Plaintiff,

               – against –

HAROUTIUN DERDERIAN,

                        Defendant.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Pantheon Capital Partners, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are

1

publicly held.  None.

Dated:   New York, New York
         January 12, 2008

                                        YESKOO HOGAN & TAMLYN, LLP
                                        535 Fifth Avenue
                                        New York, New York 10017
                                        212-983-0900

By: _____
            Richard C. Yeskoo  (RY7329)

Attorneys for Plaintiff

2