UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PANTHEON CAPITAL PARTNERS, LLC,
        Plaintiff(s),

-against-
HAROUTIUN DERDERIAN,
        Defendant(s).
-----------------------------------------------------------X

JUDGE CHIN
Index No. 08 CIV. 4952

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                      S.S.:
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 7th day of July 2008, at approximately 12:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JUDGES RULES AND PROCEDURES FOR ELECTRONIC CASE FILING** upon Haroutium Derderian at 316 Second Avenue, Buzzer #3B, NYC 10003, by personally delivering and leaving the same with Haroutium Derderian at that address. At the time of service, deponent asked Haroutium Derderian whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Haroutium Derderian is a white male, approximately 65 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 230 pounds with gray/white hair and light eyes. He has a mustache and he wears glasses

*[signature]*
HECTOR FIGUEROA #870141

Sworn to before me this
9th day of July 2008

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012